## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:14CR409 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| DILANG DAT, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant Dilang Dat's Motion for Bench Trial (#130), signed by the defendant, thereby waiving jury trial in writing.

**IT IS ORDERED:**

Pursuant to Fed. R. Crim. P. 23(a), the government shall, on or before **June 12, 2015**, advise the court whether or not it consents to a bench trial in this case.

Dated this 3rd day of June 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge