# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR409** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **DILANG DAT,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on three motions, all submitted by the Defendant, Dilang Dat, *pro se*: (1) "Motion Requesting the Court for an Enlargement of Time for Defendant to be able to Receive, and then Research his Requested Transcripts, in Order that He May Be Able to Properly Draft and then File His Title 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct His Sentence," ECF No. 334; (2) "Motion Requesting the Court to 'Order' the FBOP to Accept the Directions of the J&C of Dilang Dat as Proof that all Restitution Amounts Have Been Credited to Him Through the Plea Agreement, or, that the Court Instruct the FBOP that Dilang Dat *has* Indeed Made His Required Restitution Payment Via a 'Credit' that Was Given to Him at Sentencing, when his Plea Agreement Was Orally Changed and Agreed upon by the AUSA, the Defense and the Judge, to Show that all Payments Were Made," ECF No. 336; and (3) "Motion Requesting Court to 'Order' Attorney Kyle Allen to Forward Copy of Sentencing Transcripts & Plea Agreement & Sentencing Memorandum & Statement of Reasons & the Indictment & Superseding Indictment in this Case (Filing Nos. 262 and 268), also Send All Related Notes & Files to Dilang Dat, so that He may Research and File his Title 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence [and] Motion Requesting that the Court itself Send the Aforementioned Requested Paperwork and Files if the Attorney Does Not Have Them and that the Court Forgo Assessing Any Cost to the Prisoner Dilang Dat Because He is Indigent Due to His Imprisonment and is without the Court's Assistance Unable to Acquire the

Proper Paperwork in Order to Research and File a Timely 28 U.S.C. § 2255," ECF No. 339.

Dat is represented by retained counsel, who is actively engaged in the proceedings. On June 8, 2017, Dat's retained counsel requested and received a transcript of the sentencing proceeding. See ECF Nos. 337, 338. Accordingly, Dat's pro se motions will be denied, without prejudice to re-submission through retained counsel, as counsel deems necessary.

IT IS ORDERED:

Defendant Dilang Dat's *pro se* motions appearing at ECF Nos. 334, 336, and 339, are denied.

DATED this 13th day of June, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge