# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR409 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DILANG DAT, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 342.

Dat is represented by retained counsel, who is actively engaged in the proceedings. On June 8, 2017, Dat's retained counsel requested and received a transcript of the sentencing proceedings. See ECF Nos. 337, 338. Accordingly, Dat's pro se motion will be denied, without prejudice to re-submission. If Dat no longer wishes to be represented by his retained counsel he should communicate that intention directly to counsel, who may then move for permission to withdraw.

IT IS ORDERED:

1. Defendant Dilang Dat's *pro se* Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custory, ECF No. 342, is denied without prejudice to re-submission; and

2. The Clerk will send a copy of this Order and the Order appearing at ECF No. 340 to the Defendant as his last known address.

DATED this 22nd day of June, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge