IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:14CR409 |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| DILANG DAT, | |
| Defendant. | |

For the reasons discussed in the Court's Memorandum and Order filed this date:

IT IS ORDERED:

1. The Motion to Alter of Amend, ECF No. 347, filed by Defendant Dilang Dat, is granted;

2. The Defendant's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255, ECF No. 342, is deemed resubmitted and timely filed;

3. The Defendant's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255, ECF No. 342, is summarily dismissed; and

4. The Clerk will mail a copy of this Judgment to the Defendant at his last known address.

Dated this 21st day of August, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge