IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:14CR409 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DILANG DAT, | |
| Defendant. | |

This matter is before the court on the opinion [402] and judgment [403] of the United States Court of Appeals for the Eighth Circuit, remanding the case to district court in accordance with the opinion. Accordingly,

IT IS ORDERED that:

1. An Evidentiary Hearing on the defendant's ineffective assistance claim is scheduled for before the undersigned on **August 1, 2019 at 11:00 a.m.** in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska;

2. **The United States Marshal is directed to return the defendant to the district**; and

3. The Clerk is directed to provide a copy to the U.S. Marshal.

Dated this 13th day of June 2019.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge