IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:14CR409 |
| vs. | |
| DILANG DAT | |
| Defendants. | **ORDER** |

The parties' Joint Stipulation and Request to Extend Written Closing Argument, [Filing No. 421](Filing No. 421), is granted. The parties are given an additional seven days, or until October 18, 2019, to submit their written closing arguments.

Dated this 9th day of October 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge