# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>DILANG DAT,<br><br>        Defendant. | 8:14CR409<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. Following an evidentiary hearing after remand, the Defendant Dilang Dat's Motion under 28 U.S.C. § 2255, ECF No. 342, is again denied;

2. Because the Court's conclusion is based on credibility findings, a certificate of appealability will be issued.

Dated this 24th day of October, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge
